UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO SALAS,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.<br>Defendant. | No. 5:26-cv-03260-SRM-ACCV<br><br>**ORDER CONVERTING PRELIMINARY INJUNCTION INTO FINAL JUDGMENT ON THE MERITS [22]**<br><br>**A# 204-258-625** |

Having reviewed the Parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, Dkt. 26, and upon good cause showing therein, IT IS HEREBY ORDERED that the Court's August 14, 2026, Order Granting the Preliminary Injunction [1], Dkt. 22, be converted into a Final Judgment on the merits, and that Petitioner Jose Navarro Salas's (A# 204-258-625) Habeas Petition be GRANTED. The Court will enter final Judgment on a separate form consistent herewith.

Dated: August 27, 2026

Hon. Serena R. Murillo
UNITED STATES DISTRICT JUDGE