JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO SALAS,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.<br>Defendant. | No. 5:26-cv-03260-SRM-ACCV<br><br>**JUDGMENT**<br><br>**A# 204-258-625** |

Pursuant to the Court's Order Converting Preliminary Injunction into Final Judgment on the Merits, Dkt. 27, it is hereby adjudicated that Petitioner Jose Navarro Salas's (A# 204-258-625) Petition is GRANTED for the same reasons and on the same terms provided in the Court's order granting the Preliminary Injunction. Dkt. 22.

Dated: August 27, 2026

Hon. Serena R. Murillo
UNITED STATES DISTRICT JUDGE